PAUL L. CASS, ESQUIRE #158323
7803 MADISON AVE #610
CITRUS HEIGHTS, CA 95610
TELEPHONE: (916) 536. 1099
FAX: (916) 536. 0739

JS-6

ATTORNEY FOR: Relator, SHERRY ROSTAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> ex rel., SHERRY ROSTAMI <br><br> Relator, <br><br> STATE OF CALIFORNIA, <br> ex rel., SHERRY ROSTAMI <br><br> v. <br><br> CARCAMO, M.D. | Case Number: 10CV-05406 JFW (FMOx) <br><br> [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE |

Upon consideration of the *qui tam* plaintiffs, UNITED STATES OF AMERICA, ex rel., SHERRY ROSTAMI's Request for Dismissal Without Prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1),

IT IS ORDERED that the Court dismisses this action without prejudice pursuant to 31 U.S.C. § 3730(b)(1).

Dated: 9/12/12                                        JOHN F. WALTER /S/

United States District Judge

Page 1